# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**In re:  James R. Hysell,**                    **CASE NO.15-52621**
    **Jaime M. Hysell,**                         **JUDGE John E Hoffman, Jr.**
        **Debtors.**                              **CHAPTER 7**

## NOTICE OF CHANGE OF ADDRESS

Now comes Counsel for Debtor, James R. Hysell, and notifies this Court that Debtor has

a change of address and now lives at 60 2nd Avenue, SE, London, OH 43140

> */s/ Shannon M. Treynor*
> Shannon M. Treynor, Esq. (0072813)
> 63 North Main Street
> P.O. Box 735
> London, Ohio 43140
> PH: (740) 845-1889
> FAX: (740) 845-2919
> Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document
was sent via ECF and via regular U.S. Mail this 18th day of September, 2015, to the following:

U.S. Trustee Office, ustpregion09.cb.ecf@usdoj.gov
David M. Whittaker, dwhittaker@bricker.com
Ohio Department of Taxation, bgianangeli@mifsudlaw.com
Wells Fargo Bank, N.A., amps@manleydeas.com

James M. Hysell                    Jaime M. Hysell
60 2nd Avenue, SE              1012 Ansley Court
London, OH 43140                   London, OH 43140

NCEP, LLC                          NCEP, LLC
P.O. Box 165028                    P.O. Box 165028
Irving, TX 75016                   Irving, TX 75016

> */s/ Shannon M. Treynor*
> Attorney for Debtor